JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHROKH MIRESKANDARI, et al. | Case No. CV 12-03861 JGB (MANx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| BARRINGTON MAYNE, e al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Third Amended Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated:  May 14, 2013

_____
JESUS G. BERNAL
United States District Judge