JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHROKH MIRESKANDARI, et al.<br><br>Plaintiffs,<br><br>v.<br><br>BARRINGTON MAYNE, e al.,<br><br>Defendants. | Case No. CV 12-03861 JGB (MANx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Third Amended Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: May 14, 2013

_____
JESUS G. BERNAL
United States District Judge