# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Shahrokh Mireskandari and Paul Baxendale-Walker,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Barrington Mayne et al.,<br><br>　　　　　　　　　　Defendants. | Case No.<br>CV 12-3861 JGB (MRWx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In accordance with the Court's Order filed concurrently herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Third Amended Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.  The Clerk is directed to close the case.

Dated: March 23, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge